UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRANK VENETIAN,

                Plaintiff,

  -against-

THOMAS MURATELLI and ALEXANDRA CALIFANO,

                Defendants.
----------------------------------------------------------------X

For Online Publication Only

**ORDER**
23-CV-2934(JMA)(LGD)

FILED
CLERK
12:03 pm, May 08, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

The Court's records indicate that the complaint in this action was filed on April 17, 2023. (ECF No. 1.)

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by **July 17, 2023**, or Plaintiff fails to show good cause why such service has not been effected, the complaint will be dismissed without prejudice. **Plaintiff shall provide a copy of this Order to Defendants along with the summonses and complaint and shall promptly file proof of service with the Court**.

Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of Plaintiff's current address may result in dismissal of the case.

  **SO ORDERED**.

Dated:     May 8, 2023
             Central Islip, New York

                                                 /s/ (JMA)
                                           JOAN M. AZRACK
                                           UNITED STATES DISTRICT JUDGE